

**IT IS ORDERED as set forth below:**

**Date: May 7, 2025**

_____

Sage M. Sigler
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER: 25-54949-SMS |
|---|---|---|
| AMY ELIZABETH BARNES, | : | CHAPTER 13 |
| | : | |
| | : | JUDGE SIGLER |
| Debtor. | : | |

### ORDER AND NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Debtor has filed an Emergency Motion to Impose Automatic Stay (the "Motion") on May 6, 2025 (Docket No. 6). It is

**ORDERED and NOTICE IS HEREBY GIVEN** that the Court will hold a hearing on the Motion at **10:30 A.M. on May 20, 2025**, **in Courtroom 1201**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your

camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303.

END OF DOCUMENT

DISTRIBUTION LIST
Amy Elizabeth Barnes
886 Wanda Circle SW
Marietta, GA 30008

Albert Clark Guthrie
K. Edward Safir, Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

Fay Servicing, LLC
c/o Andrea Lynn Betts-Whalen
Aldridge Pite, LLP
Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305

U.S. Bank Trust National Association
c/o Janica Drayton
Padgett Law Group
Suite 1475
3490 Piedmont Road
Atlanta, GA 30305

U.S. Bank Trust National Association
c/o Christopher Giacinto
Padgett Law Group
Suite 203
6267 Old Water Oak Road
Tallahassee, FL 32312

Publix Employees Federal Credit Union
Attn: Della Andrews
PO Box 1000
Lakeland, FL 33802-1000

T Mobile/T-Mobile USA Inc
by AIS Infosource, LP as agent
Attn: Cathy Bush, Bankruptcy Specialist
4515 N Santa Fe Ave
Oklahoma City, OK 73118

United States Attorney
600 Russell B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308

Department of Justice, Tax Division.
Civil Trial Section, Southern Region
P. O. Box 14198
Ben Franklin Station
Washington, D. C. 20044

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

Michelle Whitley, Loan Servicing Specialist
US Department of Education/MOHELA
633 Spirit Drive
PO Box 790453
US Department of Education/MOHELA, PO Box 790453
Chesterfield, MO 63005

Jettie Brown, Authorized Agent
Quantum3 Group LLC as agent for
CASCADE CAPITAL FUNDING LLC
PO Box 788
Kirkland, WA 98083-0788

All parties on the Mailing Matrix