**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In Re: <br><br> **AMY ELIZABETH BARNES** <br><br> **Debtor.** <br><br> **Carpenter Drive Capital, LLC** <br><br> **Movant** <br><br> vs. <br><br> Amy Elizabeth Barnes and K. Edward Safir, Chapter 13 Trustee <br><br> **Respondents.** | **CASE NO.25-54949** <br> **CHAPTER 13** <br> **JUDGE: SMS** <br><br><br><br> **CONTESTED MATTER** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, Jason B. Godwin, member of this Court and files this Notice of Appearance for the Creditor Carpenter Drive Capital, LLC in the above styled matter. All notices should be directed to:

Jason B. Godwin<br>
Godwin Law Group<br>
3985 Steve Reynolds Boulevard, Building D<br>
Norcross, Georgia 30093<br>
Phone: 770-448-9925<br>
Fax: 770-448-9958<br>
Email: jgodwin@godwinlawgroup.com

This the 5th day of June 2025.

/s/ Jason B. Godwin
Jason B. Godwin
Georgia Bar No. 142226

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | |
| **AMY ELIZABETH BARNES** | CASE NO.25-54949 |
| | CHAPTER 13 |
| | JUDGE: SMS |
| **Debtor.** | |
| **Carpenter Drive Capital, LLC** | **CONTESTED MATTER** |
| **Movant** | |
| vs. | |
| **Amy Elizabeth Barnes and K. Edward Safir, Chapter 13 Trustee** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Appearance was served upon the following listed parties and/or counsel by either electronic transmission, first-class United States mail, postage pre-paid or by hand delivery on June 5, 2025:

Amy Elizabeth Barnes
886 Wanda Circle, SW
Marietta, Georgia 30008

K. Edward Safir
Suite 1600
285 Peachtree Center Avenue, NE
Atlanta, Georgia 30303

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

/s/ Jason B. Godwin
Jason B. Godwin
Georgia Bar No. 142226