# CERTIFICATE OF SALE / RECEIPT

**Auction: E-28442**        **Auction id: ET24**        **Winning Bid: $90,101.00**        **Bidder No: LER882**

| | |
|---|---|
| **General Information:** | |
| Sale Date: 2025-05-06    Sale Time: 10:40:02 AM    File No: 1216-3403A | Foreclosure Attorney Firm: Aldridge Pite LLP |

**Property Address:**
Address: 886 WANDA CIRCLE SOUTHWEST        City: MARIETTA        State: GA        Zip: 30008        County: Cobb

**Form 8300:**        Yes        No

**Owner Information**
Buyer/Owner 1: Carpenter Drive Capital LLC
Email: abraham@mmaatl.com        Cell Phone: 4042903107
Address: 4201 Regency Ct NW        City: Atlanta        State: GA        Zip: 30327
Deed Mailing Address:    Same as Owner    Same as Representative    Other: Abraham Gray, 4201 Regency Ct NW, Atlanta GA 30327
Buyer Type:    Owner Occupied    Investor    Second Home

**Vesting - Record Title As Shown:** Carpenter Drive Capital LLC

**Receipt of Funds:**
**Check No.**        **Financial Institution**                                **Amount**

**Total Check Amount Received**                                $.00

**No.**    -    **Financial Institution**                                **Amount**    $90,101.00

| | | | |
|---|---|---|---|
| **Total Wire Amount Received** | $90,101.00 | | |
| **Cash Received** | $.00 | **Recording Fee** | $.00 |
| **Other Received** | $.00 | | |
| | | **Amount Required** | $90,101.00 |
| **Total Received** | $90,101.00 | **Refund Amount** | $.00 |

**Refund Payable To:**
Name: Abraham Gray        Phone: 4042903107
Address: 4201 Regency Ct NW    City: Atlanta
State: GA        Zip: 30327

The foreclosure attorney may rescind the sale due to requirements set out in federal laws or regulations, including anti-money laundering, anti-terrorism, anti-drug trafficking and economic sanctions laws and regulations. Federal law requires all financial institutions to obtain, verify, and record information that identifies parties to transactions. This means that when your bid is provisionally accepted, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents to comply with such rules and regulations. Your bid is subject to verification of your identity and that we are in compliance with these federal laws and regulations.``` Buyer's or Buyer's Representative's signature below indicates that the above information is true and correct, (ii) the sale was conducted subject to the terms, conditions, and disclaimers contained in the Auction Terms and Conditions, (iii) the auctioneer announced the terms, conditions, and disclaimers in the Auction Terms and Conditions prior to the sale. IMPORTANT NOTE: Buyer or Buyer's Representative understands and agrees the sale of this property is on an "AS IS, WHERE IS" basis, with no warranties express or implied as further described in the Auction Terms and Conditions.``` I/we acknowledge that I/we received a copy of this disclosure and agreed to the Auction Terms and Conditions pursuant to which the sale was conducted.``` At the time and date set forth above, the above-referenced property was sold to the above-named Buyer for the "Amount Required" shown above, said Amount Required being the highest bid for cash. The sale was conducted subject to the terms, conditions, and disclaimers announced before the sale. Buyer tendered payment as described above in satisfaction of the purchase price.```

Signature of Buyer/Representative: _____    Date: _____

Auctioneer Printed Name:  Zavion Muhammad  Signature: [signature]    Date:  2025-05-06
Auditor Printed Name: _____    Signature: _____    Date: _____