**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Amy Elizabeth Barnes**
886 Wanda Circle SW
Marietta, GA 30008

xxx–xx–3518

Case No.: **25–54949–sms**
Chapter: **13**

## NOTICE TO CHAPTER 13 DEBTOR
## REGARDING DOMESTIC SUPPORT OBLIGATIONS

If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up–to–date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up–to–date by filing a ***Debtor's 11 U.S.C. § 1328 certificate.*** The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

This Notice will be served upon Debtor and counsel for Debtor.

October 7, 2025
Date

Vania S. Allen
Clerk of Court
U. S. Bankruptcy Court

Form 427